UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARQUIS JAMAL JONES, <br><br> Defendant. | CASE NO. CR18-131 RAJ <br><br> **ORDER GRANITNG MOTION TO MODIFY CONDITIONS OF RELEASE** |

The Court GRANTS defendant's unopposed motion to modify conditions of release (Dkt. 669) and ORDERS:

1. The requirement defendant be on location monitoring is deleted.

2. Defendant shall comply with all other conditions of release.

DATED this 8th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANITNG MOTION TO MODIFY
CONDITIONS OF RELEASE - 1